IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00274-MSK-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAURENCE R. GOODMAN;
COUNTY OF GILPIN, COLORADO;
COLORADO DEPARTMENT OF REVENUE;
PATRICK MAXWELL; and
JAN INGEBRIGSTEN,

        Defendants.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Joint Motion to Dismiss and Stipulation to Lien Properties (Motion) **(#12)** filed April 28, 2011. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims against the County of Gilpin, Colorado, Patrick Maxwell and Jan Ingebrigsten are dismissed. The names of these Defendants shall remain in the caption until entry of the Final Judgment.

DATED this 29th day of April, 2011.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge