UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| United States of America, | Civil No. 1:11-cv-00274-RBJ-MEH |
| Plaintiff, | ORDER |
| v. | |
| Laurence Goodman, et al., | |
| Defendants. | |

On November 13, 2012, the Court entered an Order of Judicial Sale. (Rec. Doc. 97) in this case. The Order directed the Internal Revenue Service to sell property of the judgment debtor Laurence Goodman and report the sale to the Court. The Order permitted the sale of the property commonly known as 299 Bear Drive, Golden, Gilpin County, Colorado, and is more particularly described as follows:

SECTION 1, TOWNSHIP 3 SOUTH, RANGE 72 WEST, SUBDIVISION GOLDEN GATE PARK ESTATES, LOT 38 AND IMPROVEMENTS, GILPIN COUNTY, STATE OF COLORADO

The United States has reported, and the Court so finds, that the sale was publicized in accordance with 28 U.S.C. § 2001 and properly conducted. For four weeks prior to August 15, 2013, a newspaper of general circulation in Teller County, published notice of the sale.

On August 15, 2013, at 1:30 p.m. at 299 Bear Drive, Golden, Colorado, the United States offered the subject property for sale at public auction to the highest bidder. Two bidders attended the auction. The successful bidders, Darren Moore, bid $221,000 for the subject property. Mr. Moore has paid the required deposit of $23,000 and the balance of the purchase price, $198,000, to Officer Jones, who then deposited the funds with the Court with reference to this matter. These funds were paid and deposited with the Court on August 20 and September 9, 2013. (Rec.

Docs. 124, 125). Additionally, cash and other valuables located in the home at the time of eviction were deposited (including funds from the sale of personalty) in the registry in the total amount of $2,632.45. (Rec. Docs. 119, 122).

In accordance with the foregoing, and for good cause shown,

IT IS ORDERED THAT the sale on August 15, 2013, of the real property commonly known as 299 Bear Drive, Golden, Colorado was properly conducted. The sale is hereby confirmed.

IT IS FURTHER ORDERED THAT the Internal Revenue Service is authorized to execute and deliver to the purchaser a Certificate of Sale and Deed conveying the real property commonly known as 299 Bear Drive, Golden, Colorado to him or to his assignee.

IT IS FURTHER ORDERED THAT, on delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to the subject property that are held or asserted in this action by the plaintiff or any of the defendants are discharged. On delivery of the Certificate of Sale and Deed, the real property commonly known as 299 Bear Drive, Golden, Colorado shall be free and clear of the interests of defendants Jan Ingebrigtsen, Patrick Maxwell, and the Colorado Department of Revenue.

IT IS FURTHER ORDERED THAT possession of the property sold shall be yielded to the purchaser upon the production of a copy of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the property to the purchaser.

IT IS FURTHER ORDERED THAT the Clerk shall distribute the funds on deposit in this case as follows:

    a. First, by check made payable to the "Internal Revenue Service" in the amount of

$1,544.39.78 for costs of sale, mailed to:

> IRS
> Attn: Darlene Jones
> PALS
> 4041 N. Central Avenue, M/S 5021
> Phoenix, AZ 85012-3330

b.  Second, to the County of Gilpin, Colorado in the amount of $12,773.81 (plus per diem of $1.26 from October 11, 2013) for satisfaction of the county tax (or judgment) liens held by Gilpin County, Jan Ingebrigtsen, Patrick Maxwell and any other property tax lien purchased subsequent to this litigation.

c.  Third, the entire remaining balance, for application to the judgment debt in this case, by check made payable to the "United States Treasury," with the "Laurence Goodman" and the case number indicated in the memo line, mailed to:

> Tax FLU, Office of Review
> Department of Justice
> P.O. Box 310
> Ben Franklin Station
> Washington DC  20044-0310

DATED this 24th day of October, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge

3

10665378.1